John G. Farnsworth, Receiver, etc., Respondent v. The Western Union Telegraph Company

First Department, July Term, 1889.

Appellant.— Judgment and order reversed and new trial ordered, with costs to the defendant to abide event. Opinion by Daniels, J.